# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

FILED-USDC-NDTX-DA
'24 JUN 17 PM3:21

**Plaintiff:** Kasha Louise Johnson

**Civil Action No.:** 3-24CV1499-D

**v. Defendant:** MNSF II WI LLC by its Agent Goal-Texas, LLC; BRIDGE SFR IV SEED Borrower; BRIDGE INVESTMENT GROUP; Katherine Elsnab; Jay A Bender, Paul Raleeh; BRIDGE HOMES; Allison Ramirez; Valex Amos; DANA ; Stacey Kemp; Shannon Capela; Carla Jamal; Ashley Titus

## COMPLAINT

I, Kasha Louise Johnson the North American heir, and executrix of the matter. Come with clean hands and honorable intent. I entered into a Trust agreement with BRIDGE HOMES. The end of November 2023. Dec. 2023 I came to realize that their was no option to opt out of disclosure of my personal integral information, as I had learned all consumer agreements are to include. I wrote the CFO requesting any notices and disclosure and expressed my wish to opt out of and disclosure of my PII. I was given a response by CFO Katherine Elnabs counsel Allison Ramirez to cease and desist as I also demanded my privacy be respected. I have/did retain my rights on the instrument/lease. I was then given a notice of ejectment for failure to pay rent and summoned to court april with Judge Paul Raleeh. I ordered a removal due to lack of jurisdiction of personal subject matter, giving my exemplified record of correction (name) and affidavit of this correction. The Judge ruled against me and I appealed upon appeal April 24, 2024 a Eviction trial was scheduled for may 13, 2024. I sent notice and acknowledgement of Trust as a subsidiary agency. brought a claim forth against the Frost Estate.

*Attach additional pages as needed.

Continued page 2

**Date:** 06/17/2024

**Signature:**

**Print Name:** Kasha Louise Johnson

**Address:** 5000 Eldorado Parkway, Suite 150

**City, State, Zip:** Frisco, Texas (75033)

**Telephone:** 469-756-0101

When I went to my appeal the plantiff no showed and I was granted a dissmisal. Then 2 weeks later I was again sumoned to court. Prior to being summoned I sent notice and acknowledgement of Trust and gave Jay bender, valex Amos, unst 11 wl..., Bridge homes, Bridge Investment group, Bridge sfr seed... Dana Castelvchi, Katherine Elsnab, Paul Raleech all notice of trustee appointment and request for bill of paticulars, affidavit of Indian sovernity, Notice and order to court, request for Quia timet, reassignment of Lease due to LandLords Breach of assignments of Rents and Leases, and to this date I have not received anything back. No one has responded, rebutted my Trust declaration. Causing irreparable harm to me, my family, estate, trust and soul. To my knowledge pursuiant to equity a trust can not fail for want of a trustee. I am being ejected 06/19/2024 without remedy or acknowledgment to my inquires regarding my equitable interest. I have been ignored and blocked from recording my equitable interest in the county clerks division in Collin County also causing further duress and irreparable injury to my family and my estate.

RECEIVED JUN 17 2024 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

KASHA ~~LOUISE~~ JOHNSON
(Goverment registered Trade Name, WARD TRUST, ESTATE, JOINT STOCK SHARE)

Johnson, Kasha ~~Louise~~
Grantor/Beneficiary
McKinney, Texas
Private American national

3-24CV1499-D

v

MNSF II WI, LLC by it's Agent Goal-Texas, LLC; BRIDGE Homes and it's subsidiaries; Valax Amos; Katherine Elsnab; Ashley Titus; Jay A Bender; Paul Raleech

Cover sheet for addresses of Parties

** Priority/URGENT, extraordinary, ~~Secret~~ SPECIAL, PRIVATE RESTRICTED, PRIORITY, CONFIDENTIAL, PROPRIETARY and PRIVILEGED **

*** EXCLUSIVE EQUITY JURISDICTION IN ARTICLE III, 2 SUBDIVISION 1, OF THE CONSTITUTION OF THE UNITED STATES OF AMERICA ***

*** NOT FOR PUBLICATION, TO EXCLUDE THE PUBLIC AND PRESS, NOT FOR PUBLIC CONSUMPTION ***

I am invoking equitable review of the JUDGE IN his Chancellor capacity; requesting Equity pursuant to Article 3 section 2 sub 1 of the United States of America.

I reserve and retain all my inalienable rights.

# In the Court of Chancery of the State of Texas
## United States District Court for the Northern District of Texas

### Bill in Equity for General Relief

To the honorable Chancellor for the Northern District of Texas

### Introduction

The complaint, Kasha of the family of Johnson by way of complaint against the defendants named

### Jurisdiction

This court has jurisdiction over the subject matter of the action and the parties thereto

### Claim for Relief

Complaintant request equitable Estoppel! MNSf II wI, LLC by it's Agent Goal-Texas, LLC has represented to the world that Kasha is entitled to occupy the property and that the MNSf II wI, LLC by it's agent Goal-Texas, LLC should be estopped from denying this representation. In addition complainant also request an injuction to prevent MNSf II wI, LLC by it's agent Goal-Texas, LLC and/or any other like ficticious, foreign entities from taking certain action such as forceable ejection from domicile or shutting off utilities; compensatory damages for physical harm & emotional distress, punitive damages for reckless and intentional behavior and possession of the property, which is Trustres.

## Prayer

Wherefore, premises considered. It is most respectfully prayed of his honorable court for the following general prayer:

A) At the outset, plaintiff most respectfully seeks a judgement in favor of complainhant and against defendants.

B) Plaintiff seeks for the issuance of Temporary retraining order addressed to The defendant, Their subordinates, Marshalls/constables and all other persons acting under these agencies. to refrain from forceful ejection/eviction from the complainants domicile, which is TRUST Res

C) Order MNSF II WL, LLC by it's agent Goal-Texas LLC to cease and desist from further interference and declare null and void all conveyances, transfers, and assignments of The property that were made without my knowledge, consent, or authority, that were intended to deprive me of my sovereign rights and interests.

D) Award the plaintiff just and, adequate compensatory damages for all harm, injuries and expenses incurred as a result of these unlawful and unjustified actions taken by MNSF II WL, LLC...

E) Grant an injunction prohibiting any further harm/threat/duress/injury, against complaintant estate, sovereign inalienable rights and equitable interest

F) Grant such other and further relief as this court may deem just and proper. Respectfully Submitted

WHEREFORE, I respectfully pray this court grant me the above relief.
Johnson, Kasha
Domiciled 3101 Grant Street
Mckinney, Texas near [75071]

JS 44 (Rev. 04/21) (TXND 4/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

RECEIVED JUN 17 2024

## I. (a) PLAINTIFFS
Kasha ~~Louise~~ Johnson

**DEFENDANTS**
MNSF II W, LLC by it's Agent Goal-Texas, LLC; BRIDGE SFR IV SEED Borrower; Bridge Investment Group; BRIDGE HOMES; Ashley Tims, KATHERINE EISNAR

(b) County of Residence of First Listed Plaintiff: **Collin**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

**3-24CV1499-D**

Attorneys *(If Known)*
Valex Amos; Allison Ramirez; Dana

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [x] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [x] 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- [x] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**PRISONER PETITIONS — Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
**Court of Equity**

Brief description of cause: seeking all equitable remedies; Equitable estoppel

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ _____
- CHECK YES only if demanded in complaint: JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)* JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____