IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KASHA LOUISE JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-00012-SDJ-AGD |
| | § | |
| MNSF II WI, LLC, et al., | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 16, 2025, the Report of the Magistrate Judge, (Dkt. #17), was entered containing proposed findings of fact and recommendation that Plaintiff's case be dismissed without prejudice under Federal Rule of Civil Procedure 41(b).

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's case is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b).

2

It is finally **ORDERED** that any request for relief not addressed by the Report (Dkt. #17) is **DENIED as moot**.

**So ORDERED and SIGNED this 4th day of August, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE