IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KASHA LOUISE JOHNSON | § § | |
| v. | § § | CIVIL ACTION NO. 4:25-CV-00012-SDJ-AGD |
| MNSF II WI, LLC, et al. | § § | |

**FINAL JUDGMENT**

Pursuant to the Court's Memorandum Adopting Report and Recommendation of United States Magistrate Judge, the Court hereby issues its Final Judgment, effective upon entry.

It is therefore **ORDERED** that Plaintiff's case is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b).

All relief not previously granted is hereby **DENIED**.

**So ORDERED and SIGNED this 4th day of August, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE