IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

KASHA LOUISE JOHNSON, §
§
Plaintiff, §
§
v. § CIVIL ACTION NO. 4:25-CV-00012-SDJ-AGD
§

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
101 E. PECAN ST., SUITE 112
SHERMAN, TEXAS 75090

OFFICIAL BUSINESS

**RECEIVED**
AUG 1 8 2025
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

CERTIFIED MAIL

9589 0710 5270 0850 1888 32

US POSTAGE (IMI) PITNEY BOWES
FIRST-CLASS
ZIP 75090
02 7H
0006151839    $010.44°
AUG 05 2025

Kasha Louise Johnson
3101 Grant Street
McKinney, TX 75071



NIXIE    750  FE 1        0008/14/25
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 75090598937    *2034-00976-07-39